**R. Leon LEAMON, Appellant, v. STATE of Texas, Appellee.**

No. 20632.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

Graham Bruce, of Orange, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellant was convicted of driving an automobile upon a public highway while he was intoxicated, punishment being assessed at a fine of $200 and five days in the county jail.

Appellant has filed his affidavit advising that he does not desire to further prosecute his appeal, and at his request same is ordered dismissed.

**Loraine POWELL, Appellant, v. STATE of Texas, Appellee.**

No. 20788.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary; penalty assessed at two years confinement in the penitentiary.

Since his appeal was perfected the appellant has filed a written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted, and the appeal ordered dismissed.

**James Charles SPRINGER, Appellant, v. STATE of Texas, Appellee.**

No. 20665.

Court of Criminal Appeals of Texas.

Oct. 11, 1939.

Williamson & Allen, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for forgery. The punishment assessed is confinement in the state penitentiary for a term of two years.

The appellant has filed an affidavit to dismiss this appeal, duly verified as required by law. The motion is granted as prayed for and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.